UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TERRY PEARSON,

                        Plaintiff,

-against-

NEW YORK CITY, CAPTAIN SINGLETARY AND
UNIDENTIFIED NEW YORK CITY DEPARTMENT OF
CORRECTIONS OFFICERS FROM C-74

                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 Civ 7088 (WHP)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
               August 26, 2008

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the
                                       City of New York
                                    *Attorney for Defendant City of New York*
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 788-0786

                             By:          /s/
                                    Michael K. Gertzer

TO:    Fred Lichtmacher, Esq. (by ECF)